## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| Otis Cash, | } | |
| | } | |
| Plaintiff, | } | Case Number: 2:21-cv-1011-MHH |
| | } | |
| v. | } | |
| | } | |
| Glidewell Specialties Foundry Company, | } | |
| | } | |
| Defendant. | } | |

## CLERK'S COURT MINUTE ENTRY
## DISMISSAL PURSUANT TO STIPULATION OF PARTIES

Pursuant to Fed.R.Civ.P. Rule 41(a)(1)(A)(ii), the parties jointly stipulate to dismissal of this action **WITH PREJUDICE**, the parties are to bear their own costs and fees.

At the direction of Honorable Madeline Hughes Haikala this case is closed.

DATED: 5/18/2022

SHARON N. HARRIS, CLERK

By: s/ K Kimbrough Moore
Deputy Clerk